**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL BRUCE ANTHONY McPHERSON,<br><br>                    Plaintiff,<br><br>        v.<br><br>RAUL MORALES, Warden,<br><br>                    Defendant. | Case No.: 1:26-cv-04161-JLT-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS THE ACTION AS FRIVOLOUS<br><br>(Doc. 5) |

Plaintiff seeks to hold defendant liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The magistrate judge recommended this action be dismissed as frivolous. (Doc. 5.) The Court served the findings and recommendations on plaintiff, warned him that objections were due within 14 days, and advised that the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id*. at 6-7, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) No objections have been filed and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 3, 2026 (Doc. 5) are **ADOPTED** in full.

2. This action is **DISMISSED** as frivolous.

3. The Clerk of the Court is directed to terminate any pending motions or deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **June 29, 2026**

UNITED STATES DISTRICT JUDGE

2